# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**FREDERICK CORTEZE BEVERLY,**

**Plaintiff,**

**v.** **Case No. 26-CV-707**

**COMMUNITY REINTEGRATION CENTER,**
**MILWAUKEE COUNTY JAIL,**
**WAUKESHA COUNTY JAIL,**
**CITY OF MILWAUKEE, and**
**CITY OF WAUKESHA,**

**Defendants.**

---

## REPORT AND RECOMMENDATION

---

Plaintiff Frederick Corteze Beverly, who is incarcerated and representing himself, filed a complaint under 42 U.S.C. § 1983 alleging that the defendants violated his constitutional rights. (ECF No. 1.) On June 22, 2026, Beverly filed an amended complaint. (ECF No. 24.) On August 19, 2026, the court screened the amended complaint and determined that Beverly failed to state a claim upon which relief may be granted. (ECF No. 35.) However, the court gave Beverly an opportunity to amend the complaint a second time. Beverly's second amended complaint was due September 21, 2026. (*Id.*) The court warned Beverly that failure to amend the complaint by the deadline would result in dismissal of this action. (*Id.*)

The September 21, 2026, deadline has passed, and the court has not received a second amended complaint from Beverly. Because not all parties have had the opportunity to consent to magistrate-judge jurisdiction, this court cannot "resolve the case finally." *See Coleman v. Labor & Indus. Review Comm'n*, 860 F.3d 461, 475 (7th Cir. 2017). The clerk of court shall therefore randomly assign this matter to a district judge for consideration of the recommendations.

Because Beverly did not timely file a second amended complaint, the court recommends dismissal of this action.

**IT IS THEREFORE RECOMMENDED** that the case be dismissed for failure to timely file a second amended complaint and judgment be entered accordingly;

**IT IS FURTHER RECOMMENDED** that Beverly incur a strike under 28 U.S.C. § 1915(g);

E-Filing Program institutions[1] must submit all correspondence and case filings to institution staff, who will scan and e-mail documents to the court. Plaintiffs who are inmates at all other prison facilities must submit the original document for each filing to the court to the following address:

Office of the Clerk
517 E. Wisconsin Avenue, Room 362
Milwaukee, Wisconsin 53202

[1] The Prisoner E-Filing Program is mandatory for all inmates of Green Bay Correctional Institution, Waupun Correctional Institution, Dodge Correctional Institution, Wisconsin Secure Program Facility, Columbia Correctional Institution, and Oshkosh Correctional Institution.

PLEASE DO NOT MAIL ANYTHING DIRECTLY TO THE JUDGE'S CHAMBERS. It will only delay the processing of the matter.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72(b)(2), and E.D. Wis. Gen. L. R. 72(c), whereby written objections to any recommendation herein, or part thereof, may be filed within fourteen days of entry of this recommendation. Failure to file a timely objection with the district judge shall result in a waiver of your right to appeal.

Dated at Milwaukee, Wisconsin this 13th day of October, 2026.

BY THE COURT

William E. Duffin

WILLIAM E. DUFFIN
United States Magistrate Judge